# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00079-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MISTY PAYNE,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

       On November 18, 2013, the defendant submitted a letter requesting early termination of supervised release in this case.  On November 20, 2013, the Court ordered that the Probation Office respond to this letter. The Probation Office prepared a response to this letter, indicating that the defendant meets all criteria for early termination, except her Risk Prediction Index (RPI) score; that the defendant has been in compliance with all supervision requirements; and that the Government supports the defendant's request. After considering the above, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 19th day of December, 2013.

       BY THE COURT:

       s/ Wiley Y. Daniel
       WILEY Y. DANIEL
       Senior United States District Judge